Certificate Number: 13858-PAM-DE-031577302

Bankruptcy Case Number: 13-06249



13858-PAM-DE-031577302

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2018</u>, at <u>12:08</u> o'clock <u>PM EDT</u>, <u>Gregory Sorce</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 6, 2018</u>          By:     <u>/s/Victor Reyes</u>

                                         Name:  <u>Victor Reyes</u>

                                         Title:  <u>Counselor</u>